# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
HEISLER, LAWRENCE                     §        Case No. 12-32996
                                      §
                    Debtor            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/20/2012. The undersigned trustee was appointed on 08/20/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $      174,782.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 57,600.00 |
   | Administrative expenses | 7,619.88 |
   | Bank service fees | 3,714.27 |
   | Other payments to creditors | 30,710.09 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 4,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 71,138.51 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  01/06/2014  and the deadline for filing governmental claims was  01/06/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,789.14 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,789.14 , for a total compensation of $ 11,789.14 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 41.18 , for total expenses of $ 41.18 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/09/2016　　　　　　　　By: /s/JOSEPH E. COHEN  
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-32996 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 11/08/16 | | Claims Bar Date: | 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third joint checking account - unknown mari | 0.00 | 0.00 | | 0.00 | FA |
| Fifth Third joint checking account - unknown marital interest in $5,329.04 (joint) Frozen by First Midwest Bank (0630) - account in name of Larry Heisler, Marjorie Heisler & Steve Heisler | | | | | |
| 2. $15,650.19 - Fifth Third - Unknown marital interes | 15,650.19 | 0.00 | | 20,997.75 | FA |
| $15,650.19 - Fifth Third - Unknown marital interest in account- frozen by First Midwest Bank CItation Lien (7195) | | | | | |
| 3. checking account - PNC - balance is approximate | 300.00 | 0.00 | | 0.00 | FA |
| checking account - PNC - balance is approximate | | | | | |
| 4. PNC - joint account with Marjorie Heisler- current | 0.00 | 0.00 | | 0.00 | FA |
| PNC - joint account with Marjorie Heisler- current balance approximately $50.00/ marital asset | | | | | |
| 5. marital interest in wine collection, total value, | 23,000.00 | 0.00 | | 38,585.00 | FA |
| marital interest in wine collection, total value, without reduction for Debtor's proportionate share, is believed to be $46,000.00. (50% referenced below) | | | | | |
| 6. Marital interest in Guitar Collection. Value refer | 103,500.00 | 0.00 | | 115,200.00 | FA |
| Marital interest in Guitar Collection. Value referenced is from retailer Fretted Americana, Inc of Calabasas, CA at a market retail valuation. One hundred percent of the value is $207,000.00 Amount referenced below is reduced by 50% as an estimate of Debtor's interest. | | | | | |
| 7. Marital interest in remaining watch collection and | 4,250.00 | 0.00 | | 0.00 | FA |
| Marital interest in remaining watch collection and sale proceeds. Collection sold in bulk in or about February 2012. Approximate valuation for remaining collection is believed to total $8,500. One half of that is listed below. | | | | | |
| 8. Miscellaneous items of men's clothing . Value list | 500.00 | 0.00 | | 0.00 | FA |

LFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 3)* Ver: 19.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-32996   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Miscellaneous items of men's clothing . Value listed below is Debtor's estimate only | | | | | |
| 9. AXA Equitable Life Insurance Company Disability Co | 0.00 | 0.00 | | 0.00 | FA |
| AXA Equitable Life Insurance Company Disability Contract Number XXXX6715. No cash value | | | | | |
| 10. IRA account held at Schwab - current balance appro | 170,000.00 | 0.00 | | 0.00 | FA |
| IRA account held at Schwab - current balance approximately $170,000 | | | | | |
| 11. 100% stockholder of Heisler Gordon & Associates, I | 0.00 | 0.00 | | 0.00 | FA |
| 100% stockholder of Heisler Gordon & Associates, Inc. - in process of dissolution. Believed to be worthless | | | | | |
| 12. 100% membership interest in Brandstormers, LLC FEI | 0.00 | 0.00 | | 0.00 | FA |
| 100% membership interest in Brandstormers, LLC FEIN 45-5409133. Organized June 1, 2012. Value believed to be nominal, if any. Entity created for purpose of conducting marketing consulting business.Entity is Debtor's employer. | | | | | |
| 13. Potential unresolved claim against marital estate | 0.00 | 0.00 | | 0.00 | FA |
| Potential unresolved claim against marital estate for allocation of sale proceeds from marital residence. Subject to Debtor's claim of homestead exemption. | | | | | |
| 14. Marital interest (nontransferable) miles on Americ | Unknown | 0.00 | | 0.00 | FA |
| Marital interest (nontransferable) miles on American and Continental-United Airlines. | | | | | |
| 15. Vehicle leases - Kia Motors and Hyundai Finance | 0.00 | 0.00 | | 0.00 | FA |
| Vehicle leases - Kia Motors and Hyundai Finance | | | | | |
| 16. Larry Heisler Living Trust dated 2/2/1998 - no kno | 0.00 | 0.00 | | 0.00 | FA |
| Larry Heisler Living Trust dated 2/2/1998 - no known contents | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 12-32996   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $317,200.19 | $0.00 | | $174,782.75 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sent TFR to US Tee for review September 27, 2016, 11:58 am

TRUSTEE TO HAVE ACCOUNTANT PREPARE FINAL TAX RETURN - 01/20/16. INVENTORY SOLD AND TRUSTEE TO PREPARE TFR- Oct. 31, 2015. WINE INVENTORY ALMOST FULLY LIQUIDATED - July 30, 2015. THE WINE INVENTORY IS ALMOST ALL SOLD - April 28, 2015. THE REMAINER OF THE WINE INVENTORY IS BEING LIQUIDATED - Jan. 17, 2015. TRUSTEE HAS FILED MOTION TO SELL WINE OWNED BY THE DEBTOR. TRUSTEE HAS ALSO FILED MOTION TO SELL GUITARS OWNED BY THE DEBTOR. THE TRUSTEE HAS SOLD THE DEBTORS GUTIARS AND ENTERED INTO A CONSIGNMENT AGREEMENT FOR THE SALE OF WINE - January 16, 2014. TRUSTEE IS STILL SELLING WINE ON CONSIGNMENT - April 30, 2014. NO CHANGE - July 17, 2014. WINE SALES ARE STILL TRICKLING IN - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/30/14     Current Projected Date of Final Report (TFR): 03/31/16

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-32996 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEISLER, LAWRENCE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | |
| For Period Ending: | 11/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/13 | 6 | KAREN RABIN | SALE OF GUITARS | 1129-000 | 10,000.00 | | 10,000.00 |
| 10/03/13 | 6 | KAREN RABIN | SALE OF GUITARS | 1129-000 | 105,200.00 | | 115,200.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 115,190.00 |
| 10/17/13 | 5 | FLICKINGER FINE WINE INC. | SALE OF WINE | | 13,107.97 | | 128,297.97 |
| | | | Memo Amount: 16,456.00 | 1129-000 | | | |
| | | | sale of wine | | | | |
| | | FLICKINGER WINES | Memo Amount: 385.95 | 2420-000 | | | |
| | | | Shipping charges | | | | |
| | | FLICKINGER WINES | Memo Amount: ( 3,733.98 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 11/06/13 | 300001 | MARJORIE HEISLER | 1/2 of Guitar Sale Proceeds | 5100-000 | | 57,600.00 | 70,697.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.55 | 70,527.42 |
| 11/20/13 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 11,479.18 | | 82,006.60 |
| | | FLICKINGER FINE WINE | Memo Amount: 13,999.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | |
| | | FLICKINGER | Memo Amount: ( 2,519.82 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.21 | 81,860.39 |
| 12/31/13 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 316.52 | | 82,176.91 |
| | | FLICKINGER FINE WINE | Memo Amount: 386.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | |
| | | FLICKINGER | Memo Amount: ( 69.48 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.93 | 82,054.98 |
| 02/05/14 | 5 | FLICKINGER FINE WINE, INC. | Sale proceeds | | 1,109.46 | | 83,164.44 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount: 1,353.00 | 1129-000 | | | |
| | | | Sale proceeds | | | | |
| | | FLICKINGER | Memo Amount: ( 243.54 ) | 3991-000 | | | |

Page Subtotals    141,213.13    58,048.69

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-32996 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEISLER, LAWRENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.00 | 83,042.44 |
| 02/25/14 | 5 | FLICKINGER WINE | | | 227.96 | | 83,270.40 |
| | | FLICKINGER WINE | Memo Amount:     278.00 | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: (    50.04 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.35 | 83,159.05 |
| 03/21/14 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 162.36 | | 83,321.41 |
| | | FLICKINGER FINE WINE | Memo Amount:     198.00 SALE OF WINE | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: (    35.64 ) commission to wine broker | 3991-000 | | | |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 118.83 | 83,202.58 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.72 | 83,078.86 |
| 05/01/14 | 5 | FLICKINGER FINE WINE, INC. | SALE OF WINE | | 1,239.84 | | 84,318.70 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:   1,512.00 SALE OF WINE | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: (   272.16 ) commission to wine broker | 3991-000 | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.58 | 84,199.12 |
| 05/22/14 | 5 | FLICKINGER FINE WINE INC. | SALE OF WINE | | 1,242.30 | | 85,441.42 |
| | | FLICKINGER FINE WINE INC. | Memo Amount:   1,515.00 SALE OF WINE | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: (   272.70 ) commission to wine broker | 3991-000 | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 125.78 | 85,315.64 |

Page Subtotals     2,872.46     721.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-32996 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEISLER, LAWRENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.74 | 85,192.90 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.66 | 85,066.24 |
| 08/26/14 | 5 | FLICKINGER FINE WINE, INC. | Sale of WINE | | 171.38 | | 85,237.62 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:  209.00 Sale of WINE | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: ( 37.62 ) 5 | 3991-000 | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.52 | 85,111.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.46 | 84,988.64 |
| 10/27/14 | 5 | FLICKINGER FINE WINE | sale of wine | | 309.96 | | 85,298.60 |
| | | FLICKINGER FINE WINE | Memo Amount:  378.00 sale of wine | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: ( 68.04 ) commission to wine broker | 3991-000 | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.43 | 85,172.17 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.54 | 85,049.63 |
| 12/11/14 | 5 | FLICKINGER WINES | SALE OF WINE | | 799.50 | | 85,849.13 |
| | | FLICKINGER WINES | Memo Amount:  975.00 SALE OF WINE | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: ( 175.50 ) wine broker commission | 3991-000 | | | |
| 12/29/14 | 2 | FIFTH THIRD BANK | BANK ACCOUNT PROCEEDS | 1129-000 | 20,997.75 | | 106,846.88 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.26 | 106,716.62 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 158.66 | 106,557.96 |
| 02/27/15 | 300003 | MARJORIE HEISLER | Payment per court order of wine sal | 5100-000 | | 15,083.21 | 91,474.75 |
| 02/27/15 | 300004 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 115.26 | 91,359.49 |

Page Subtotals       22,278.59    16,234.74

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 12-32996 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEISLER, LAWRENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.09 | 91,216.40 |
| | 03/12/15 | 300005 | MARJORIE HEISLER | Marital property distribution | 5100-000 | | 10,489.61 | 80,726.79 |
| | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.79 | 80,596.00 |
| | 04/15/15 | 300006 | LAWRENCE HEISLER | Payment of exemption | 8100-000 | | 4,000.00 | 76,596.00 |
| | | | | Payment of exemption | | | | |
| | 04/30/15 | 5 | FLICKINGER FINE WINE, INC. | sale of wine | | 388.68 | | 76,984.68 |
| | | | FLICKINGER FINE WINE, INC. | Memo Amount:  474.00 | 1129-000 | | | |
| | | | | sale of wine | | | | |
| | | | FLICKINGER FINE WINE, INC. | Memo Amount:  ( 85.32 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| * | 04/30/15 | 5 | FLICKINGER WINES | sale of wine | 1129-003 | 388.68 | | 77,373.36 |
| * | 04/30/15 | 5 | FLICKINGER WINES | VOID | 1129-003 | -388.68 | | 76,984.68 |
| | | | | DUPLICATE | | | | |
| | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.64 | 76,870.04 |
| | 05/20/15 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 129.56 | | 76,999.60 |
| | | | FLICKINGER FINE WINE | Memo Amount:  158.00 | 1129-000 | | | |
| | | | | SALE OF WINE | | | | |
| | | | FLICKINGER FINE WINE | Memo Amount:  ( 28.44 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.36 | 76,885.24 |
| | 06/22/15 | 5 | FLICKINGER WINES | SALE OF WINE | | 284.54 | | 77,169.78 |
| | | | FLICKINGER WINES | Memo Amount:  347.00 | 1129-000 | | | |
| | | | | SALE OF WINE | | | | |
| | | | FLICKINGER WINES | Memo Amount:  ( 62.46 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.73 | 77,059.05 |
| | 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.56 | 76,944.49 |
| | 08/24/15 | 5 | FLICKINGER FINE WINE, INC. | SALE OF WINE | | 129.56 | | 77,074.05 |
| | | | FLICKINGER FINE WINE, INC. | Memo Amount:  158.00 | 1129-000 | | | |

Page Subtotals       932.34       15,217.78

FORM 2

Page: 5

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-32996 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/15 | 5 | FLICKINGER FINE WINE<br>FLICKINGER FINE WINE, INC.<br>FLICKINGER FINE WINE, INC.<br>FLICKINGER FINE WINE, INC. | SALE OF WINE<br>    Memo Amount:    ( 28.44 )<br>WINE BROKER COMMISSION<br>SALE OF WINE<br>    Memo Amount:    189.00<br>SALE OF WINE<br>    Memo Amount:    ( 34.02 )<br>WINE BROKER COMMISSION | 3991-000<br><br>1129-000<br><br>3991-000 | 154.98 | | 77,229.03 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.50 | 77,114.53 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.96 | 77,003.57 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.48 | 76,889.09 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.62 | 76,778.47 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.15 | 76,664.32 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.98 | 76,550.34 |
| 02/16/16 | 300007 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 54.54 | 76,495.80 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.45 | 76,389.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.57 | 76,275.78 |
| 10/18/16 | 300008 | MARJORIE HEISLER | Marital property distribution | 5100-000 | | 5,137.27 | 71,138.51 |

Page Subtotals    154.98    6,090.52

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-32996 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 38,970.95 | COLUMN TOTALS | | 167,451.50 | 96,312.99 | 71,138.51 |
| | Memo Allocation Disbursements: | 7,717.20 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 167,451.50 | 96,312.99 | |
| | Memo Allocation Net: | 31,253.75 | Less: Payments to Debtors | | | 4,000.00 | |
| | | | Net | | 167,451.50 | 92,312.99 | |
| | Total Allocation Receipts: | 38,970.95 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 7,717.20 | Checking Account (Non-Interest Earn - *******5647 | | 167,451.50 | 92,312.99 | 71,138.51 |
| | Total Memo Allocation Net: | 31,253.75 | | | 167,451.50 | 92,312.99 | 71,138.51 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 09, 2016 |
|---|---|---|---|---|---|---|

Case Number:   12-32996  
Debtor Name:   HEISLER, LAWRENCE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $11,830.32 | $11,830.32 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $19,311.82 | $19,311.82 |
| ADMIN 3<br>001<br>3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd, Ste 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $3,228.75 | $3,228.75 |
| ADMIN 4<br>001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY<br>COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $234.09 | $234.09 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $54.54 | $54.54 |
| 000011A<br>050<br>4210-00 | M-III Chicago LLC<br>Meltzer, Purtill & Stelle LLC<br>Attn David L Kane<br>300 S. Wacker Drive Suite 3500<br>Chicago, IL 60606 | Secured | sent Trustee email amending claim to wholly unsecured | $0.00 | $20,860.12 | $0.00 |
| 000001<br>070<br>7100-00 | Adelman & Gettleman, Ltd<br>53 West Jackson Blvd<br>Suite 1050<br>Chicago, 60604 | Unsecured | | $0.00 | $15,254.31 | $15,254.31 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | | $0.00 | $12,904.95 | $12,904.95 |
| 000003<br>070<br>7100-00 | BMO Harris Bank, NA<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $16,166.33 | $16,166.33 |
| 000004<br>070<br>7100-00 | BMO Harris Bank, NA<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $157,260.16 | $157,260.16 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 09, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-32996  
Debtor Name: HEISLER, LAWRENCE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Barry Cain<br>2119 Inverness<br>Glenview, IL 60026 | Unsecured | | $0.00 | $45,000.00 | $45,000.00 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $276,096.91 | $276,096.91 |
| 000007<br>070<br>7100-00 | Fred Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $40,000.00 | $40,000.00 |
| 000008<br>070<br>7100-00 | Adelle Heisler Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $593,500.00 | $593,500.00 |
| 000009<br>070<br>7100-00 | Debbie Cooper<br>1633 Second St. Unit 404<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $38,025.00 | $38,025.00 |
| 000010<br>070<br>7100-00 | Leonard & Edna Korobkin<br>1720 Spruce Ave.<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $130,000.00 | $130,000.00 |
| 000011<br>070<br>7100-00 | M-III CHICAGO, LLC<br>MELTZER, PURTILL & STELLE, LLC<br>ATTN: DAVID KANE<br>300 SOUTH WACKER DRIVE, STE 3500<br>CHICAGO, IL 60606 | Unsecured<br>allowed as timely per order of 11/5/14 | | $0.00 | $546,258.16 | $546,258.16 |
| | Case Totals: | | | $0.00 | $1,926,335.46 | $1,905,475.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-32996
Case Name: HEISLER, LAWRENCE
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 71,138.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011A | M-III Chicago LLC Meltzer, Purtill & Stelle LLC Attn David L Kane 300 S. Wacker Drive Suite 3500 Chicago, IL 60606 | $ 20,860.12 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 71,138.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 11,789.14 | $ 0.00 | $ 11,789.14 |
| Trustee Expenses: JOSEPH E. COHEN | $ 41.18 | $ 0.00 | $ 41.18 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 18,783.75 | $ 0.00 | $ 18,783.75 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 528.07 | $ 0.00 | $ 528.07 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 3,228.75 | $ 0.00 | $ 3,228.75 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 234.09 | $ 234.09 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 54.54 | $ 54.54 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 34,720.89 |
| Remaining Balance | | | $ 36,417.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,870,465.82  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Adelman & Gettleman, Ltd 53 West Jackson Blvd Suite 1050 Chicago, 60604 | $ 15,254.31 | $ 0.00 | $ 297.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | $ 12,904.95 | $ 0.00 | $ 251.26 |
| 000003 | BMO Harris Bank, NA<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 16,166.33 | $ 0.00 | $ 314.76 |
| 000004 | BMO Harris Bank, NA<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 157,260.16 | $ 0.00 | $ 3,061.82 |
| 000005 | Barry Cain<br>2119 Inverness<br>Glenview, IL 60026 | $ 45,000.00 | $ 0.00 | $ 876.14 |
| 000006 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | $ 276,096.91 | $ 0.00 | $ 5,375.56 |
| 000007 | Fred Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | $ 40,000.00 | $ 0.00 | $ 778.79 |
| 000008 | Adelle Heisler Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | $ 593,500.00 | $ 0.00 | $ 11,555.33 |
| 000009 | Debbie Cooper<br>1633 Second St. Unit 404<br>Highland Park, IL 60035 | $ 38,025.00 | $ 0.00 | $ 740.34 |
| 000010 | Leonard & Edna Korobkin<br>1720 Spruce Ave.<br>Highland Park, IL 60035 | $ 130,000.00 | $ 0.00 | $ 2,531.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | M-III CHICAGO, LLC<br>MELTZER, PURTILL & STELLE, LLC<br>ATTN: DAVID KANE<br>300 SOUTH WACKER DRIVE, STE 3500<br>CHICAGO, IL 60606 | $ 546,258.16 | $ 0.00 | $ 10,635.54 |
| | Total to be paid to timely general unsecured creditors | | $ | 36,417.62 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE