IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **LAWRENCE HEISLER** | ) | No. 12 B 32996 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 18, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                             BY:/s/ Joseph E. Cohen
                                                                                One of His Attorney

M-III Chicago, LLc
Meltzer, Purtill & Stelle, LLC
Attn:   David Kane
300 S. Wacker Drive, Ste 3500
Chicago, IL 60606

Adelman & Gettleman, Ltd.
53 West Jackson Blvd
Ste 1050
Chicago, IL   60604

Fifth Third Bank
9441 LBJ Freeway, Ste 350
Dallas, TX   75243

BMO Harris Bank, NA
c/o Becket & Lee, LLP
Attorneys/Agent for Creditor
P.O. Box 3001
Malvern, PA   19355-0701

Barry Cain
2119 Inverness
Glenview, IL   60026

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Fred Carman
1057 Deerfield Place
Highland Park, IL   60035

Adelle Heisler Carman
1057 Deerfield Place
Highland Park, IL   60035

Debbie Cooper
1633 Second Street, Unit 404
Highland Park, IL   60035

Leonard & Edna Korobkin
1720 Spruce Avenue
Highland Park, IL   60035

Deborah Ebner
dkebner@deborahebnerlaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov