# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEISLER, LAWRENCE | § | Case No. 12-32996 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 194,029.68 |
| Total Distributions to Claimants: 124,727.71 | Claims Discharged<br>Without Payment: 3,160,917.09 |
| Total Expenses of Administration: 46,055.04 | |

3) Total gross receipts of $ 174,782.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00 (see **Exhibit 2**), yielded net receipts of $ 170,782.75 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 530,000.00 | $ 20,860.12 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,055.04 | 46,055.04 | 46,055.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 88,310.09 | 88,310.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,571,048.83 | 1,870,465.82 | 1,870,465.82 | 36,417.62 |
| **TOTAL DISBURSEMENTS** | $ 3,101,048.83 | $ 1,937,380.98 | $ 2,004,830.95 | $ 170,782.75 |

4)  This case was originally filed under chapter 7 on  08/20/2012 .  The case was pending for 56 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/06/2017                    By:/s/JOSEPH E. COHEN
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 38,585.00 |
| $15,650.19 - Fifth Third - Unknown marital interes | 1129-000 | 20,997.75 |
| Marital interest in Guitar Collection. Value refer | 1129-000 | 115,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 174,782.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAWRENCE HEISLER | Exemptions | 8100-000 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank c/o Jillian Cole  The Aronberg Firm 330 North Wabash #1700 Chicago, IL 60611 | | 530,000.00 | NA | NA | 0.00 |
| 000011A | M-III CHICAGO LLC | 4210-000 | NA | 20,860.12 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 530,000.00 | $ 20,860.12 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 11,789.14 | 11,789.14 | 11,789.14 |
| COHEN, JOSEPH E. | 2200-000 | NA | 41.18 | 41.18 | 41.18 |
| ADAMS-LEVINE | 2300-000 | NA | 54.54 | 54.54 | 54.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 234.09 | 234.09 | 234.09 |
| FLICKINGER WINES | 2420-000 | NA | -385.95 | -385.95 | -385.95 |
| ASSOCIATED BANK | 2600-000 | NA | 3,714.27 | 3,714.27 | 3,714.27 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| COHEN & KROL | 3110-000 | NA | 18,783.75 | 18,783.75 | 18,783.75 |
| COHEN & KROL | 3120-000 | NA | 528.07 | 528.07 | 528.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOKE & LEWIS, LTD. | 3410-000 | NA | 3,228.75 | 3,228.75 | 3,228.75 |
| FLICKINGER | 3991-000 | NA | 3,744.54 | 3,744.54 | 3,744.54 |
| FLICKINGER FINE WINE | 3991-000 | NA | 56.88 | 56.88 | 56.88 |
| FLICKINGER FINE WINE, INC. | 3991-000 | NA | 119.34 | 119.34 | 119.34 |
| FLICKINGER WINES | 3991-000 | NA | 3,796.44 | 3,796.44 | 3,796.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 46,055.04 | $ 46,055.04 | $ 46,055.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marjorie Heisler;500 South Commons Ct.;Chicago, IL 60015 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARJORIE HEISLER | 5100-000 | NA | 0.00 | 88,310.09 | 88,310.09 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 88,310.09 | $ 88,310.09 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, Inc 14200 E. Exposition Ave Aurora, CO 80012 | | 35.69 | NA | NA | 0.00 |
| | Alliance Pension Consultants, LLC 1751 Lake Cook Road Suite 400 Deerfield, IL 60015 | | 1,076.83 | NA | NA | 0.00 |
| | Citi Platinum Select PO Box 6500 Sioux Falls, SD 57117 | | 180,000.00 | NA | NA | 0.00 |
| | CitiBank POB 6241 Sioux Falls, SD 57117 | | 9,000.00 | NA | NA | 0.00 |
| | CitiGold Advantage PO Box 6500 Sioux Falls, SD 57117 | | 324,470.30 | NA | NA | 0.00 |
| | Clear Channel c/o Herzlich & Blum, LLP 15760 Ventura Blvd #2024 Encino, CA 91436 | | 17,490.71 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank c/o William Serritella/Jillian Cole Aronberg, Goldgehn Davis Garisma 330 North Wabash Ave #1700 Chicago, IL 60611 | | 530,000.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance PO Box 629027 Eldorado Hills, CA 95782 | | 0.00 | NA | NA | 0.00 |
| | Kia Motors Finance PO Box 660891 Dallas, TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Morris Belzsberg 37500 Palm View Drive Rancho Mirage, CA 92270 | | 50,000.00 | NA | NA | 0.00 |
| | Pantheon Wine 899 Skokie Blvd Northbrook, IL 60062 | | 130,000.00 | NA | NA | 0.00 |
| | Peoples Gas Light & Coke c/o Claims Resolution Department Credit Protection Associates PO Box 802068 Dallas, TX 75380 | | 0.00 | NA | NA | 0.00 |
| | Shavitz Heating & Air Conditioning 4849 Main Street Skokie, IL 60077 | | 3,146.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Media Partners c/o The Miller Law Group 15 Spinning Wheel Road #210 Hinsdale, IL 60521 | | 80,000.00 | NA | NA | 0.00 |
| | The Royal Golf Group c/o RMS Recovery Management Service 4200 Cantera Drive Suite 211 Warrenville, IL 60555 | | 1,648.86 | NA | NA | 0.00 |
| 000008 | ADELLE HEISLER CARMAN | 7100-000 | 530,000.00 | 593,500.00 | 593,500.00 | 11,555.33 |
| 000001 | ADELMAN & GETTLEMAN, LTD | 7100-000 | 0.00 | 15,254.31 | 15,254.31 | 297.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 276,071.91 | 276,096.91 | 276,096.91 | 5,375.56 |
| 000005 | BARRY CAIN | 7100-000 | 50,000.00 | 45,000.00 | 45,000.00 | 876.14 |
| 000003 | BMO HARRIS BANK, NA | 7100-000 | 15,887.82 | 16,166.33 | 16,166.33 | 314.76 |
| 000004 | BMO HARRIS BANK, NA | 7100-000 | 155,260.18 | 157,260.16 | 157,260.16 | 3,061.82 |
| 000009 | DEBBIE COOPER | 7100-000 | 35,000.00 | 38,025.00 | 38,025.00 | 740.34 |
| 000002 | FIFTH THIRD BANK | 7100-000 | 11,960.03 | 12,904.95 | 12,904.95 | 251.26 |
| 000007 | FRED CARMAN | 7100-000 | 40,000.00 | 40,000.00 | 40,000.00 | 778.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | LEONARD & EDNA KOROBKIN | 7100-000 | 130,000.00 | 130,000.00 | 130,000.00 | 2,531.08 |
| 000011 | M-III CHICAGO, LLC | 7100-000 | NA | 546,258.16 | 546,258.16 | 10,635.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,571,048.83 | $ 1,870,465.82 | $ 1,870,465.82 | $ 36,417.62 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 12-32996   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 04/06/17 | Claims Bar Date: | 01/06/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Fifth Third joint checking account -  unknown mari<br><br>Fifth Third joint checking account -  unknown marital interest in $5,329.04 (joint) Frozen by First Midwest Bank (0630) - account in name of Larry Heisler, Marjorie Heisler & Steve Heisler | 0.00 | 0.00 | | 0.00 | FA |
| 2. | $15,650.19 - Fifth Third - Unknown marital interes<br><br>$15,650.19 - Fifth Third - Unknown marital interest in account- frozen by First Midwest Bank CItation Lien (7195) | 15,650.19 | 0.00 | | 20,997.75 | FA |
| 3. | checking account - PNC - balance is approximate<br><br>checking account - PNC - balance is approximate | 300.00 | 0.00 | | 0.00 | FA |
| 4. | PNC - joint account with Marjorie Heisler- current<br><br>PNC - joint account with Marjorie Heisler- current balance approximately $50.00/ marital asset | 0.00 | 0.00 | | 0.00 | FA |
| 5. | marital interest in wine collection, total value,<br><br>marital interest in wine collection, total value, without reduction for Debtor's proportionate share, is believed to be $46,000.00. (50% referenced below) | 23,000.00 | 0.00 | | 38,585.00 | FA |
| 6. | Marital interest in Guitar Collection. Value refer<br><br>Marital interest in Guitar Collection. Value referenced is from retailer Fretted Americana, Inc of Calabasas, CA at a market retail valuation. One hundred percent of the value is $207,000.00 Amount referenced below is reduced by 50% as an estimate of Debtor's interest. | 103,500.00 | 0.00 | | 115,200.00 | FA |
| 7. | Marital interest in remaining watch collection and<br><br>Marital interest in remaining watch collection and sale proceeds. Collection sold in bulk in or about February 2012. Approximate valuation for remaining collection is believed to total $8,500. One half of that is listed below. | 4,250.00 | 0.00 | | 0.00 | FA |
| 8. | Miscellaneous items of men's clothing . Value list | 500.00 | 0.00 | | 0.00 | FA |

Ver: 19.07a

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-32996   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | HEISLER, LAWRENCE |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 08/20/12 (f) |
| 341(a) Meeting Date: | 09/27/12 |
| Claims Bar Date: | 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Miscellaneous items of men's clothing . Value listed below is Debtor's estimate only | | | | | |
| 9. AXA Equitable Life Insurance Company Disability Co | 0.00 | 0.00 | | 0.00 | FA |
| AXA Equitable Life Insurance Company Disability Contract Number XXXX6715. No cash value | | | | | |
| 10. IRA account held at Schwab - current balance appro | 170,000.00 | 0.00 | | 0.00 | FA |
| IRA account held at Schwab - current balance approximately $170,000 | | | | | |
| 11. 100% stockholder of Heisler Gordon & Associates, I | 0.00 | 0.00 | | 0.00 | FA |
| 100% stockholder of Heisler Gordon & Associates, Inc. - in process of dissolution. Believed to be worthless | | | | | |
| 12. 100% membership interest in Brandstormers, LLC FEI | 0.00 | 0.00 | | 0.00 | FA |
| 100% membership interest in Brandstormers, LLC FEIN 45-5409133. Organized June 1, 2012. Value believed to be nominal, if any. Entity created for purpose of conducting marketing consulting business.Entity is Debtor's employer. | | | | | |
| 13. Potential unresolved claim against marital estate | 0.00 | 0.00 | | 0.00 | FA |
| Potential unresolved claim against marital estate for allocation of sale proceeds from marital residence. Subject to Debtor's claim of homestead exemption. | | | | | |
| 14. Marital interest (nontransferable) miles on Americ | Unknown | 0.00 | | 0.00 | FA |
| Marital interest (nontransferable) miles on American and Continental-United Airlines. | | | | | |
| 15. Vehicle leases - Kia Motors and Hyundai Finance | 0.00 | 0.00 | | 0.00 | FA |
| Vehicle leases - Kia Motors and Hyundai Finance | | | | | |
| 16. Larry Heisler Living Trust dated 2/2/1998 - no kno | 0.00 | 0.00 | | 0.00 | FA |
| Larry Heisler Living Trust dated 2/2/1998 - no known contents | | | | | |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| Case No: | 12-32996   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HEISLER, LAWRENCE | Date Filed (f) or Converted (c): | 08/20/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $317,200.19 | $0.00 | | $174,782.75 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED AND DISTRIBUTION MADE TO CREDITORS - 1/7/17. SENT TFR TO US TEE FOR REVIEW  November 09, 2016, 12:55 pm .

TRUSTEE DETERMINING IF ALL WINE HAS BEEN SOLD - 4/30/16.

TRUSTEE TO HAVE ACCOUNTANT PREPARE FINAL TAX RETURN - 01/20/16. INVENTORY SOLD AND TRUSTEE TO PREPARE TFR- Oct. 31, 2015. WINE INVENTORY ALMOST FULLY LIQUIDATED - July 30, 2015. THE WINE INVENTORY IS ALMOST ALL SOLD - April 28, 2015. THE REMAINER  OF THE WINE INVENTORY IS BEING LIQUIDATED - Jan. 17, 2015.  TRUSTEE HAS FILED MOTION TO SELL WINE OWNED BY THE DEBTOR.  TRUSTEE HAS ALSO FILED MOTION TO SELL GUITARS OWNED BY THE DEBTOR.   THE TRUSTEE HAS SOLD THE DEBTORS GUTIARS AND ENTERED INTO A CONSIGNMENT AGREEMENT FOR THE SALE OF WINE -  January 16, 2014.  TRUSTEE IS STILL SELLING WINE ON CONSIGNMENT - April 30, 2014.  NO CHANGE - July 17, 2014.  WINE SALES ARE STILL TRICKLING IN - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/30/14        Current Projected Date of Final Report (TFR): 03/31/16

Ver: 19.07a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-32996 -ABG |
| Case Name: | HEISLER, LAWRENCE |

| | |
|---|---|
| Taxpayer ID No: | *******4945 |
| For Period Ending: | 04/06/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/13 | 6 | KAREN RABIN | SALE OF GUITARS | 1129-000 | 10,000.00 | | 10,000.00 |
| 10/03/13 | 6 | KAREN RABIN | SALE OF GUITARS | 1129-000 | 105,200.00 | | 115,200.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 115,190.00 |
| 10/17/13 | 5 | FLICKINGER FINE WINE INC. | SALE OF WINE | | 13,107.97 | | 128,297.97 |
| | | | Memo Amount:     16,456.00 | 1129-000 | | | |
| | | | sale of wine | | | | |
| | | FLICKINGER WINES | Memo Amount:        385.95 | 2420-000 | | | |
| | | | Shipping charges | | | | |
| | | FLICKINGER WINES | Memo Amount:   (    3,733.98 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 11/06/13 | 300001 | MARJORIE HEISLER | 1/2 of Guitar Sale Proceeds | 5100-000 | | 57,600.00 | 70,697.97 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.55 | 70,527.42 |
| 11/20/13 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 11,479.18 | | 82,006.60 |
| | | FLICKINGER FINE WINE | Memo Amount:     13,999.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | |
| | | FLICKINGER | Memo Amount:   (    2,519.82 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.21 | 81,860.39 |
| 12/31/13 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 316.52 | | 82,176.91 |
| | | FLICKINGER FINE WINE | Memo Amount:        386.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | |
| | | FLICKINGER | Memo Amount:   (       69.48 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.93 | 82,054.98 |
| 02/05/14 | 5 | FLICKINGER FINE WINE, INC. | Sale proceeds | | 1,109.46 | | 83,164.44 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:      1,353.00 | 1129-000 | | | |
| | | | Sale proceeds | | | | |
| | | FLICKINGER | Memo Amount:   (      243.54 ) | 3991-000 | | | |

Page Subtotals          141,213.13          58,048.69

Ver: 19.07a

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-32996  -ABG | |
| Case Name: | HEISLER, LAWRENCE | |
| | | |
| Taxpayer ID No: | *******4945 | |
| For Period Ending: | 04/06/17 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Commission to wine broker | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 122.00 | 83,042.44 |
| 02/25/14 | 5 | FLICKINGER WINE | | | | 227.96 | | 83,270.40 |
| | | FLICKINGER WINE | Memo Amount: | 278.00 | 1129-000 | | | |
| | | FLICKINGER | Memo Amount: (     50.04 ) | | 3991-000 | | | |
| | | | commission to wine broker | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 111.35 | 83,159.05 |
| 03/21/14 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | | 162.36 | | 83,321.41 |
| | | FLICKINGER FINE WINE | Memo Amount: | 198.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | | |
| | | FLICKINGER | Memo Amount: (     35.64 ) | | 3991-000 | | | |
| | | | commission to wine broker | | | | | |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | | 2300-000 | | 118.83 | 83,202.58 |
| | | 701 Poydras St. | | | | | | |
| | | Suite 420 | | | | | | |
| | | New Orleans, LA 70139 | | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 123.72 | 83,078.86 |
| 05/01/14 | 5 | FLICKINGER FINE WINE, INC. | SALE OF WINE | | | 1,239.84 | | 84,318.70 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount: | 1,512.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | | |
| | | FLICKINGER | Memo Amount: (     272.16 ) | | 3991-000 | | | |
| | | | commission to wine broker | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 119.58 | 84,199.12 |
| 05/22/14 | 5 | FLICKINGER FINE WINE INC. | SALE OF WINE | | | 1,242.30 | | 85,441.42 |
| | | FLICKINGER FINE WINE INC. | Memo Amount: | 1,515.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | | |
| | | FLICKINGER | Memo Amount: (     272.70 ) | | 3991-000 | | | |
| | | | commission to wine broker | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 125.78 | 85,315.64 |

Page Subtotals    2,872.46    721.26

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-32996 -ABG |
|---|---|
| Case Name: | HEISLER, LAWRENCE |

Taxpayer ID No: *******4945
For Period Ending: 04/06/17

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.74 | 85,192.90 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.66 | 85,066.24 |
| 08/26/14 | 5 | FLICKINGER FINE WINE, INC. | Sale of WINE | | 171.38 | | 85,237.62 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:       209.00 | 1129-000 | | | |
| | | | Sale of WINE | | | | |
| | | FLICKINGER | Memo Amount:     (       37.62 ) | 3991-000 | | | |
| | | | 5 | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.52 | 85,111.10 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.46 | 84,988.64 |
| 10/27/14 | 5 | FLICKINGER FINE WINE | sale of wine | | 309.96 | | 85,298.60 |
| | | FLICKINGER FINE WINE | Memo Amount:       378.00 | 1129-000 | | | |
| | | | sale of wine | | | | |
| | | FLICKINGER | Memo Amount:     (       68.04 ) | 3991-000 | | | |
| | | | commission to wine broker | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 126.43 | 85,172.17 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.54 | 85,049.63 |
| 12/11/14 | 5 | FLICKINGER WINES | SALE OF WINE | | 799.50 | | 85,849.13 |
| | | FLICKINGER WINES | Memo Amount:       975.00 | 1129-000 | | | |
| | | | SALE OF WINE | | | | |
| | | FLICKINGER | Memo Amount:     (      175.50 ) | 3991-000 | | | |
| | | | wine broker commission | | | | |
| 12/29/14 | 2 | FIFTH THIRD BANK | BANK ACCOUNT PROCEEDS | 1129-000 | 20,997.75 | | 106,846.88 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.26 | 106,716.62 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 158.66 | 106,557.96 |
| 02/27/15 | 300003 | MARJORIE HEISLER | Payment per court order of wine sal | 5100-000 | | 15,083.21 | 91,474.75 |
| 02/27/15 | 300004 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 115.26 | 91,359.49 |

| | Page Subtotals | 22,278.59 | 16,234.74 |
|---|---|---|---|

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-32996  -ABG |
| Case Name: | HEISLER, LAWRENCE |

| Taxpayer ID No: | *******4945 |
| For Period Ending: | 04/06/17 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.09 | 91,216.40 |
| | 03/12/15 | 300005 | MARJORIE HEISLER | Marital property distribution | 5100-000 | | 10,489.61 | 80,726.79 |
| | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.79 | 80,596.00 |
| | 04/15/15 | 300006 | LAWRENCE HEISLER | Payment of exemption | 8100-000 | | 4,000.00 | 76,596.00 |
| | | | | Payment of exemption | | | | |
| | 04/30/15 | 5 | FLICKINGER FINE WINE, INC. | sale of wine | | 388.68 | | 76,984.68 |
| | | | FLICKINGER FINE WINE, INC. | Memo Amount:        474.00 | 1129-000 | | | |
| | | | FLICKINGER FINE WINE, INC. | sale of wine | | | | |
| | | | | Memo Amount:      (       85.32 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| * | 04/30/15 | 5 | FLICKINGER WINES | sale of wine | 1129-003 | 388.68 | | 77,373.36 |
| * | 04/30/15 | 5 | FLICKINGER WINES | VOID | 1129-003 | -388.68 | | 76,984.68 |
| | | | | DUPLICATE | | | | |
| | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.64 | 76,870.04 |
| | 05/20/15 | 5 | FLICKINGER FINE WINE | SALE OF WINE | | 129.56 | | 76,999.60 |
| | | | FLICKINGER FINE WINE | Memo Amount:        158.00 | 1129-000 | | | |
| | | | | SALE OF WINE | | | | |
| | | | FLICKINGER FINE WINE | Memo Amount:      (       28.44 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.36 | 76,885.24 |
| | 06/22/15 | 5 | FLICKINGER WINES | SALE OF WINE | | 284.54 | | 77,169.78 |
| | | | FLICKINGER WINES | Memo Amount:        347.00 | 1129-000 | | | |
| | | | | SALE OF WINE | | | | |
| | | | FLICKINGER WINES | Memo Amount:      (       62.46 ) | 3991-000 | | | |
| | | | | WINE BROKER COMMISSION | | | | |
| | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.73 | 77,059.05 |
| | 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.56 | 76,944.49 |
| | 08/24/15 | 5 | FLICKINGER FINE WINE, INC. | SALE OF WINE | | 129.56 | | 77,074.05 |
| | | | FLICKINGER FINE WINE, INC. | Memo Amount:        158.00 | 1129-000 | | | |

| | Page Subtotals | 932.34 | 15,217.78 |

Ver: 19.07a

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-32996 -ABG | |
| Case Name: | HEISLER, LAWRENCE | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |

Taxpayer ID No:  *******4945
For Period Ending:  04/06/17

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | FLICKINGER FINE WINE | SALE OF WINE Memo Amount:      (       28.44 ) WINE BROKER COMMISSION | 3991-000 | | | |
| 08/24/15 | 5 | FLICKINGER FINE WINE, INC. | SALE OF WINE | | 154.98 | | 77,229.03 |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:        189.00 SALE OF WINE | 1129-000 | | | |
| | | FLICKINGER FINE WINE, INC. | Memo Amount:      (       34.02 ) WINE BROKER COMMISSION | 3991-000 | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.50 | 77,114.53 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.96 | 77,003.57 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.48 | 76,889.09 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.62 | 76,778.47 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.15 | 76,664.32 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.98 | 76,550.34 |
| 02/16/16 | 300007 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 54.54 | 76,495.80 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.45 | 76,389.35 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.57 | 76,275.78 |
| 10/18/16 | 300008 | MARJORIE HEISLER | Marital property distribution | 5100-000 | | 5,137.27 | 71,138.51 |
| 12/09/16 | 300009 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL  60602 | Claim ADMIN 1, Payment 100.00000% | | | 11,830.32 | 59,308.19 |
| | | | Fees           11,789.14 | 2100-000 | | | |
| | | | Expenses           41.18 | 2200-000 | | | |
| *  12/09/16 | 300010 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 19,311.82 | 39,996.37 |

| | | | Page Subtotals | | 154.98 | 37,232.66 | |

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | |
|---|---|
| Case No: | 12-32996 -ABG |
| Case Name: | HEISLER, LAWRENCE |
| Taxpayer ID No: | *******4945 |
| For Period Ending: | 04/06/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | Fees          18,783.75 | 3110-003 | | | |
| | | | | Expenses          528.07 | 3120-003 | | | |
| * | 12/09/16 | 300010 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | -19,311.82 | 59,308.19 |
| | | | | Fees          (    18,783.75 ) | 3110-003 | | | |
| | | | | Expenses          (      528.07 ) | 3120-003 | | | |
| | 12/09/16 | 300011 | COOKE & LEWIS, LTD. 2638 Patriot Blvd, Ste 100 Glenview, IL 60026 | Claim ADMIN 3, Payment 100.00000% | 3410-000 | | 3,228.75 | 56,079.44 |
| | 12/09/16 | 300012 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S DEARBORN CHICAGO, IL 60604 | Claim ADMIN 4, Payment 100.00000% | 2700-000 | | 350.00 | 55,729.44 |
| | 12/09/16 | 300013 | Adelman & Gettleman, Ltd 53 West Jackson Blvd Suite 1050 Chicago, 60604 | Claim 000001, Payment 1.94699% (1-1) Legal Services | 7100-000 | | 297.00 | 55,432.44 |
| * | 12/09/16 | 300014 | Fifth Third Bank 9441 LBJ Freeway, Suite 350 Dallas, TX 75243 | Claim 000002, Payment 1.94700% | 7100-004 | | 251.26 | 55,181.18 |
| | 12/09/16 | 300015 | BMO Harris Bank, NA c/o Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Claim 000003, Payment 1.94701% (3-1) CREDIT CARD DEBT | 7100-000 | | 314.76 | 54,866.42 |
| | 12/09/16 | 300016 | BMO Harris Bank, NA c/o Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Claim 000004, Payment 1.94698% (4-1) CREDIT CARD DEBT | 7100-000 | | 3,061.82 | 51,804.60 |

Page Subtotals          0.00          -11,808.23

Ver: 19.07a

Page: 7

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-32996 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HEISLER, LAWRENCE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4945 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/09/16 | 300017 | Barry Cain<br>2119 Inverness<br>Glenview, IL 60026 | Claim 000005, Payment 1.94698% | 7100-000 | | 876.14 | 50,928.46 |
| 12/09/16 | 300018 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 1.94698%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 5,375.56 | 45,552.90 |
| 12/09/16 | 300019 | Fred Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | Claim 000007, Payment 1.94698% | 7100-000 | | 778.79 | 44,774.11 |
| 12/09/16 | 300020 | Adelle Heisler Carman<br>1057 Deerfield Place<br>Highland Park, IL 60035 | Claim 000008, Payment 1.94698% | 7100-000 | | 11,555.33 | 33,218.78 |
| 12/09/16 | 300021 | Debbie Cooper<br>1633 Second St. Unit 404<br>Highland Park, IL 60035 | Claim 000009, Payment 1.94698% | 7100-000 | | 740.34 | 32,478.44 |
| 12/09/16 | 300022 | Leonard & Edna Korobkin<br>1720 Spruce Ave.<br>Highland Park, IL 60035 | Claim 000010, Payment 1.94698%<br>(10-1) <b>Incorrect claim, Filer<br>Notified to file amended claim (Modified on<br>12/17/13)cm</b> | 7100-000 | | 2,531.08 | 29,947.36 |
| 12/09/16 | 300023 | M-III CHICAGO, LLC<br>MELTZER, PURTILL & STELLE, LLC<br>ATTN:  DAVID KANE<br>300 SOUTH WACKER DRIVE, STE 3500<br>CHICAGO, IL 60606 | Claim 000011, Payment 1.94698% | 7100-000 | | 10,635.54 | 19,311.82 |
| 12/09/16 | 300024 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 13,050.63 | 6,261.19 |
| | | | Fees            12,522.56 | 3110-000 | | | |

Page Subtotals                    0.00                 45,543.41

Ver: 19.07a

FORM 2                                                                    Page:  8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 12-32996  -ABG |
| Case Name: | HEISLER, LAWRENCE |
| | |
| Taxpayer ID No: | *******4945 |
| For Period Ending: | 04/06/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          528.07 | 3120-000 | | | |
| 12/09/16 | 300025 | JOSEPH E. COHEN, Attorney | Claim ADMIN 1, Payment 100.00000% | 3110-000 | | 6,261.19 | 0.00 |
| | | 105 W Madison | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| * 03/13/17 | 300014 | Fifth Third Bank | Stop Payment Reversal | 7100-004 | | -251.26 | 251.26 |
| | | 9441 LBJ Freeway, Suite 350 | STOP PAY ADD SUCCESSFUL | | | | |
| | | Dallas, TX 75243 | | | | | |
| 03/13/17 | 300026 | Clerk of the US Bankruptcy Court | | 7100-000 | | 251.26 | 0.00 |
| | | 219 S Dearborn | | | | | |
| | | Chicago, IL  60604 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 38,970.95 | | COLUMN TOTALS | | 167,451.50 | 167,451.50 | 0.00 |
| Memo Allocation Disbursements: | 7,717.20 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 167,451.50 | 167,451.50 | |
| Memo Allocation Net: | 31,253.75 | | Less:  Payments to Debtors | | | 4,000.00 | |
| | | | Net | | 167,451.50 | 163,451.50 | |
| | | | | | | | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 38,970.95 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,717.20 | | Checking Account (Non-Interest Earn - *******5647 | 167,451.50 | 163,451.50 | 0.00 |
| | | | | -------------------- | -------------------- | -------------------- |
| Total Memo Allocation Net: | 31,253.75 | | | 167,451.50 | 163,451.50 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | | Transfers) | To Debtors) | On Hand |

Page Subtotals              0.00              6,261.19

Ver: 19.07a

Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-32996  -ABG | |
| Case Name: | HEISLER, LAWRENCE | |
| Taxpayer ID No: | *******4945 | |
| For Period Ending: | 04/06/17 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5647  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Page Subtotals | | | 0.00 | 0.00 |

Ver: 19.07a